UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| ROBERT WEEKES,<br><br>Plaintiff,<br><br>-against-<br><br>SEND A CAKE LLC,<br><br>Defendant. | : | 22-CV-1277 (VSB)<br><br>**ORDER** |

VERNON S. BRODERICK, United States District Judge:

It has been reported that the parties have reached a settlement in principle. (Doc. 18.) Accordingly, it is hereby:

ORDERED that the above-captioned action is dismissed without costs to any party and without prejudice to restoring the action to this Court's docket if the application to restore the action is made within thirty (30) days.

SO ORDERED.

Dated: June 15, 2022
New York, New York

Vernon S. Broderick
United States District Judge